(132 So. 919)

### Paul McCOLLUM v. STATE.
### 7 Div. 723.

Court of Appeals of Alabama.
Jan. 20, 1931.

RICE, J.
Affirmed.

(129 So. 925)

### D. T. McCULLER v. STATE.
### 6 Div. 827.

Court of Appeals of Alabama.
June 10, 1930.

Rehearing Denied June 30, 1930.

J. A. Posey, of Haleyville, for appellant.
Charlie C. McCall, Atty. Gen., and Luther Patrick, Asst. Atty. Gen., for the State.

RICE, J.
Affirmed.

(132 So. 919)

### John McELROY v. STATE.
### 7 Div. 773.

Court of Appeals of Alabama.
Feb. 24, 1931.

SAMFORD, J.
Affirmed.

(132 So. 919)

### John McELROY v. STATE.
### 7 Div. 774.

Court of Appeals of Alabama.
Jan. 20, 1931.

RICE, J.
Affirmed.

(133 So. 925)

### Lum McGHEE v. STATE.
### 4 Div. 664.

Court of Appeals of Alabama.
Nov. 18, 1930.

Rehearing Denied Jan. 13, 1931.

W. H. Stoddard, of Luverne, for appellant.
Charlie C. McCall, Atty. Gen., for the State.

SAMFORD, J.
Defendant was convicted on a charge of operating an automobile without a license tag. We have read and considered the record in this case, and in it we find no error prejudicial to defendant's rights.

The judgment is affirmed.

(132 So. 920)

### Charlie McKAY v. STATE.
### 8 Div. 209.

Court of Appeals of Alabama.
March 17, 1931.

SAMFORD, J.
Affirmed.

(132 So. 920)

### Malcom Comer McKENZIE v. STATE.
### 4 Div. 778.

Court of Appeals of Alabama.
March 23, 1931.

PER CURIAM.
Appeal dismissed on motion of appellant.

(131 So. 923)

### Zellie McLEAN v. STATE.
### 4 Div. 660.

Court of Appeals of Alabama.
Nov. 18, 1930.

Rehearing Denied Jan. 13, 1931.